IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | No. 12-74184 |

**PETITINOERS' NOTICE OF ERRATA TO OPENING BRIEF**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Petitioners El Comité el Bienestar de Earlimart, *et al*. mistakenly included a quote from *General Motors Corp. v. United States*, 496 U.S. 530, 533 (1990), at page 37 of its Opening Brief (Dkt. 13-1), filed May 31, 2013. The quote does not come from *General Motors* but rather the dissenting opinion in *Bayview Hunters Point Community Advocates v. Metropolitan Transportation Commission*, 366 F.3d 692, 705 (9th Cir. 2004) (Thomas, J. dissenting), which cited *General Motors.*

Counsel apologizes to the Court and Respondents for this error.

                                        Respectfully submitted,

                                        CENTER ON RACE, POVERTY & THE ENVIRONMENT

Dated:  January 6, 2015         s/  Brent Newell
                                        Brent Newell
                                          Sofia L. Parino
                                          1999 Harrison Street, Suite 650
                                          Oakland, CA 94612
                                          Tel:    (415) 346-4179
                                          Fax:   (415) 346-8723
                                          bnewell@crpe-ej.org
                                          sparino@crpe-ej.org

                                          Attorneys for Petitioners

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing motion with the Clerk of the Court using the appellate CM/ECF system on January 6, 2015. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

Executed on January 6, 2015, at Oakland, California.

/s Brent Newell
Brent Newell