IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | No. 12-74184 |

**PETITIONERS' MOTION FOR JUDICIAL NOTICE**

Petitioners El Comité para el Bienestar de Earlimart, *et al.* (collectively "El Comité") respectfully request the Court take judicial notice of a report by the California Department of Public Health, Agricultural Pesticide Use Near Public Schools in California, California Environmental Health Tracking Program, April 2014, attached as Exhibit 1 (hereafter "Schools Report"). Respondents U.S. Environmental Protection Agency, *et al.* take no position on the motion and reserve the right to respond once it has the opportunity to review the motion.

In support of its motion, El Comité states:

1.     The Court may appropriately take judicial notice of facts not subject to reasonable dispute. FED. R. EVID. 201. Facts not subject to reasonable dispute include official agency documents published after the close of administrative proceedings. *See Center for Environmenal Law and Policy v. U.S. Bureau of Reclamation*, 655 F.3d 1000, 1010 fn. 5 (9th Cir. 2011); *City of Las Vegas v. Federal Aviation Administration*, 570 F.3d 1109, 1113 fn.1 (9th Cir. 2009).

2.     The Schools Report assessed 2,511 public schools, attended by over 1.4 million students, in the 15 counties with the highest total reported agricultural pesticide use in 2010. Schools Report at vii.

3.     The Schools Report found that "Hispanics were the only racial/ethnic group whose representation increased as pesticide use increased." Schools Report at 38. While Hispanic children made up 54.1% of the population in the public schools in the 15 counties, they comprised 50.3% of the population in schools with no pesticide use within ¼ mile, 61.3% of the population in schools with any pesticide use within ¼ mile, and 67.7% of the population in schools in the highest quartile of pesticide use. *Id*. In the 15 counties, Hispanic children were 46% more likely than White children to attend schools with any pesticides of concern applied nearby and 91% more likely than White children to attend schools in the highest quartile of pesticide use. *Id*.

4.	The Schools Report ranked the fumigants chloropicrin, 1, 3 dichloropropene (Telone), methyl bromide, and metam-sodium as the most applied pesticides within a ¼ mile of a public school in California. *Id*. at 16.

5.	The Schools Report is an official publication of the California Environmental Health Tracking Program, a program of the California Department of Public Health and produced in partnership with the Public Health Institute. *See* Schools Report at 2.

>	Respectfully submitted,
>
>	CENTER ON RACE, POVERTY & THE ENVIRONMENT

Dated:  January 8, 2015	s/ Brent Newell
	Brent Newell
	Sofia L. Parino
	1999 Harrison Street, Suite 650
	Oakland, CA 94612
	Tel:	(415) 346-4179
	Fax:	(415) 346-8723
	bnewell@crpe-ej.org
	sparino@crpe-ej.org

	Attorneys for Petitioners

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing motion with the Clerk of the Court using the appellate CM/ECF system on January 8, 2015. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

Executed on January 8, 2015, at Oakland, California.

/s Brent Newell
Brent Newell