IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EL COMITÉ PARA EL BIENESTAR DE EARLIMART, et al., | |
| Petitioners, | |
| v. | No. 12-74184 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Respondents. | |

**PETITIONERS' REPLY IN SUPPORT OF
MOTION FOR JUDICIAL NOTICE**

Petitioners El Comité para el Bienestar de Earlimart, *et al.* (collectively "El Comité") respectfully request the Court take judicial notice of a report by the California Department of Public Health, Agricultural Pesticide Use Near Public Schools in California, California Environmental Health Tracking Program, April 2014 (hereafter "Schools Report"). Respondents U.S. Environmental Protection Agency, *et al.* (collectively "EPA") correctly observe the general rule that the Court's review is limited to the administrative record.

EPA recognizes exceptions to the general rule. Response in Opposition to Petitioners' Request for Judicial Notice at 3 (Dkt. No. 40-1), citing *Lands Council*

*v. Powell*, 395 F.3d 1019, 1030 (9th Cir. 2005) and *Southwest Center for Biological Diversity v. United States Forest Service*, 100 F.3d 1443, 1450 (9th Cir. 1996). This Court "has only allowed extra-record materials:

> (1) if necessary to determine 'whether the agency has considered all relevant factors and has explained its decision,'
>
> (2) 'when the agency has relied on documents not in the record,' [ ]
>
> (3) 'when supplementing the record is necessary to explain technical terms or complex subject matter,' [or] . . .
>
> (4) 'when plaintiffs make a showing of agency bad faith.'"

*Southwest Center for Biological* Diversity, 100 F.3d at 1450.

EPA contends that the exception does not apply. Response in Opposition to Petitioners' Request for Judicial Notice at 3-4. However, the Court should take judicial notice here under the first exception, whether EPA considered all relevant factors and has explained its decision. El Comité argues in its briefing that EPA failed to make a reasoned judgment, supported by a detailed explanation, for why the Fumigant Regulations and SIP Revision do not violate Title VI of the Civil Rights Act given the evidence before the agency. Petitioners' Opening Brief at 56-60; Petitioners' Reply Brief at 21-25. The Schools Report contains additional relevant facts concerning the use of fumigants near schools. Schools Report at 16, 38 (Dkt. No. 39-1).

EPA argues that judicial notice of the Schools Report is inappropriate because it was published subsequent to EPA's October 26, 2012 action. Response in Opposition to Petitioners' Request for Judicial Notice at 4. However, the Schools Report uses 2010 pesticide inventory data, data which were available to the Department of Pesticide Regulation and EPA during the rulemaking. Schools Report at 2. In March 2012, the Department of Pesticide Regulation reported pesticide use data from 2010. *See* ER 3:479-480. As El Comité argued in their Opening Brief, EPA failed to consider that 2010 inventory data and provide a reasoned justification for its decision. Petitioners' Opening Brief at 56 fn.8, citing ER 3:506 (Table 10), 514 (Table 16); Petitioners' Opening Brief at 59, citing ER 3:479-524. The Schools Report provides a helpful summary of that 2010 inventory data and the Court should thus take judicial notice of the Report.

        Respectfully submitted,

        CENTER ON RACE, POVERTY & THE ENVIRONMENT

Dated: January 23, 2015        s/ Brent Newell
        Brent Newel
        1999 Harrison Street, Suite 650
        Oakland, CA 94612
        Tel: (415) 346-4179
        Fax: (415) 346-8723
        bnewell@crpe-ej.org
        sparino@crpe-ej.org

        Attorneys for Petitioners

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing reply in support of the motion with the Clerk of the Court using the appellate CM/ECF system on January 23, 2015. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

Executed on January 23, 2015, at Petaluma, California.

/s Brent Newell
Brent Newell
